UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VIRGINIA MOOR,<br><br>Petitioner,<br><br>v.<br><br>ANISSA DE LA CRUZ, Warden,<br><br>Respondent. | Case No. CV 25-00582-VBF (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed, and the time to file objections has expired. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered granting Respondent's Motion to Dismiss and dismissing the Petition with prejudice.

Date: November 18, 2025

/s/ Valerie Baker Fairbank
_____
VALERIE BAKER FAIRBANK
United States District Judge