# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| VIRGINIA MOOR,<br><br>Petitioner,<br><br>v.<br><br>ANISSA DE LA CRUZ, Warden,<br><br>Respondent. | Case No. CV 25-00582-VBF (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Respondent's Motion to Dismiss is granted and the First Amended Petition is DISMISSED with prejudice.

/s/ Valerie Baker Fairbank

Date: November 18, 2025

_____
VALERIE BAKER FAIRBANK
United States District Judge